United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEAN W., *et al* | § |
| | § |
| VS | § CIVIL ACTION NO. H: 21-3900 |
| | § |
| BEACON HEALTH OPTIONS, *et al* | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiffs' Motion for Judgment on the Record (Doc. No. 73) and Defendant Shell Oil Company Comprehensive Welfare Benefits Plan's Cross-Motion for Judgment (Doc. Nos. 84); Judge Sheldon's Memorandum and Recommendation (Doc. No. 86) that the Court deny the Plaintiffs' Motion for Judgment on the Record and grant the Plan's Cross-Motion for Judgment. Plaintiff has filed objections (Doc. No.87) to the Memorandum and Recommendation and Defendant filed a response to Plaintiffs' objections (Doc. No. 91).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Plan's review of Plaintiffs' claim was based on the record and expressly contained the basis for the denial. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 87) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 86) is **ADOPTED**; Plaintiffs' Motion for Judgment on the Record (Doc. No. 73) is **DENIED**; and Defendant Shell Oil Company Comprehensive Welfare Benefits Plan's Cross-Motion for Judgment (Doc. Nos. 84) is **GRANTED**.

SIGNED this ___15th___ day of December 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE